# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00309-CR

## Ex parte Robert Fischman

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-05-700109, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert Fischman filed a pro se petition for writ of habeas corpus challenging the validity of the indictment pending against him in this cause.[1] Although the writ did not issue, Fishman later filed a notice of appeal and the clerk's record was forwarded to this Court. The Clerk has now received and filed a supplemental record containing the district court's order dismissing cause number D-1-DC-05-700109 as part of a plea bargain in other causes.

No appeal lies from the refusal to issue a writ of habeas corpus. *Ex parte Gonzales*, 12 S.W.3d 913, 914 (Tex. App.—Austin 2000, pet. ref'd). In any event, the dismissal order renders the habeas corpus petition moot.

---

[1] The record contains Fischman's written waiver of counsel.

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   June 22, 2006

Do Not Publish